## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
                                        )
ERNEST HUNTER,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )       Civil Action No. 09-1491 (ABJ)
                                        )
DISTRICT OF COLUMBIA,                   )
                                        )
            Defendant.                  )
                                        )
```

## ORDER

Pursuant to Fed. R. Civ. P. 58, upon consideration of the Magistrate Judge's Report and Recommendation [Dkt. # 71] as well as plaintiff's objections [Dkt. # 72], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that

1.      The Magistrate Judge's Report and Recommendation is ADOPTED;

2.      Plaintiff's motion for summary judgment [Dkt. # 51] is DENIED;

3.      Defendant's cross-motion for summary judgment [Dkt. # 66] is GRANTED as to the remaining portions of Counts I and II; and

4.      Counts IV and V are DISMISSED WITHOUT PREJUDICE.

Plaintiff Ernest Hunter may re-file his state law claims in the Superior Court of the District of Columbia within thirty days of this Order. *See* 28 U.S.C. § 1367(d). This is a final appealable Order.

AMY BERMAN JACKSON
United States District Judge

DATE: November 29, 2012